# EXHIBIT C

STATE OF NORTH CAROLINA              IN THE GENERAL COURT OF JUSTICE
                                                      SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                     08 CVS 9873

| | |
|---|---|
| **TECHNOLOGY PARTNERS, INC.**, a North Carolina corporation,<br>    Plaintiff,<br><br>v.<br><br>**BRIAN HART**,<br>    Defendant. | **BOND ON TEMPORARY RESTRAINING ORDER** |

      KNOW ALL MEN by these presents that the undersigned, Technology Partners, Inc., as principal, and Liberty Mutual Insurance Company, as surety, are held and firmly bound unto Defendant in the sum of $30,000.00 for the payment of which will and truly to be made, we bind ourselves firmly by these presents:

      The condition of the foregoing obligation is such that if said principal or surety pays all damages and costs which the Defendant may sustain by the suing out of such Restraining Order if the same is dissolved. If the Plaintiff prevails then this obligation is to be void; otherwise to remain in full force and effect.

      WITNESS this the 2nd day of May, 2008.

                                        TECHNOLOGY PARTNERS, INC.

                                        By_____
                                            Sam Khashman

                                        Its_President_____

                                        SURETY
                                        By_____
                                            DickChristian

                                        ItsAttorney-In-Fact

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing **Bond On Temporary Restraining Order** was this day duly served upon:

Kurt E. Lindquist, II
Nelson Mullins Riley & Scarborough, LLP
100 North Tryon Street, 42nd Floor
Charlotte, NC 28202-4007


This the 2 day of May, 2008.

Robert J. Wishart
Attorney for Plaintiff
WISHART, NORRIS, HENNINGER
& PITTMAN
6832 Morrison Boulevard
Charlotte, NC 28211
Telephone: (704) 364-0010

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**LIBERTY MUTUAL INSURANCE COMPANY**
**BOSTON, MASSACHUSETTS**
**POWER OF ATTORNEY**

**KNOW ALL PERSONS BY THESE PRESENTS:** That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **RICHARD J. CHRISTIAN, ELIZABETH C. CHRISTIAN, STEVEN R. SMITH, ALL OF THE CITY OF HUNTERSVILLE, STATE OF NORTH CAROLINA** ........................................................................................................................................................

........................................................................................................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **TEN MILLION AND 00/100**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DOLLARS ($ **10,000,000.00**\*\*\*\*\* ) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

> ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
> Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

> Pursuant to Article XIII, Section 5 of the By-Laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this **1st** day of **June**, **2005**.

**LIBERTY MUTUAL INSURANCE COMPANY**

By _____
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this **1st** day of **June**, **2005**, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar. 28, 2009
Member, Pennsylvania Association of Notaries

By _____
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

> VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this **2nd** day of **MAY**, **2008**.

By _____
David M. Carey, Assistant Secretary

*Side margin (left):* Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.

*Side margin (right):* To confirm the validity of this Power of Attorney call