STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                 08 CvS 9873

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC., ) <br> A North Carolina Corporation, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN HART, ) <br>     Defendant. ) <br> _____) | AFFIDAVIT OF <br> IOANNIS PAPAIOANNOU |

NOW COMES Affiant, IOANNIS PAPAIOANNOU, being first duly sworn, and deposes as follows:

1. I am over the age of eighteen, suffer no legal disabilities, have personal knowledge of the facts set forth below, and I am competent to testify. I currently reside in Mecklenburg County, North Carolina.

2. I am currently employed as the Vice President of Technology Partners, Inc., plaintiff in the above styled action.

3. Technology Partners, Inc. serves clients in the following states: Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Illinois, Kansas, Kentucky, Massachusetts, Maryland, Michigan, Missouri, Mississippi, North Carolina, New Jersey, New Mexico, New York, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Washington, and the Virgin Islands.

4. Technology Partners, Inc. has remote home office locations in Birmingham, Alabama, Monroe, Ohio, and Albuquerque, New Mexico.

5. In connection with my employment, I have personal knowledge of the general employability of software application developers in the Mecklenburg County, North Carolina areas.

6. Based on my general knowledge in the industry, there are a number of non-medical billing software positions available that a person with Brian Hart's experience and skill level could obtain in the Mecklenburg County, North Carolina area.

7. For example, a quick search of the job website Monster.com reveals approximately 43 positions available within a 30 mile radius of Charlotte, NC for software engineers with 5-7 years of experience under the following job

categories: Enterprise Software Implementation & Consulting; General/Other: IT/Software Development; Software/System Architecture and Software/Web Development.

8. Beginning on Sunday, May 4, 2008, there is a RBMA Radiology Summit 2008 trade show. Mr. Hart's new employer, Amicas, typically attends this trade show. It would be damaging to our customer relationships for Mr. Hart to appear at this trade show on behalf of our competitor, Amicas.

9. Further, this affiant sayeth not.

This is the 1st day of May, 2008.

_____
Signature of Affiant

Sworn and subscribed before me this 1st day of May, 2008.

_Ashley Dressler_
Notary Public
My Commission Expires: 6/7/2011.

[Notary Seal: ASHLEY DRESSLER NOTARY PUBLIC STANLY COUNTY, N.C.]

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that she has this day duly served a copy of the foregoing **Affidavit of Ioannis Papaionnou by** hand delivery at the Temporary Restraining Order on May 1, 2008 to:

Kurt E. Lindquist, II
Nelson Mullins Riley & Scarborough, LLP
100 North Tryon Street, 42nd Floor
Charlotte, NC 28202-4007


This the 1st day of __May__, 2008.

                                      Pamela Duffy
                                      Attorney for Plaintiff
                                  WISHART, NORRIS, HENNINGER
                                                & PITTMAN