IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-cv-00208

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC., ) <br> A North Carolina Corporation, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN HART, ) <br>     Defendant. ) <br> ) | ORDER ON <br> EXPEDITED MOTION FOR <br> EXTENSION OF TEMPORARY <br> RESTRAINING ORDER AND/OR <br> AN EXPEDITED HEARING ON <br> PRELIMINARY INJUNCTION |

    The Court hereby extends the Temporary Restraining Order previously entered in the state court action to and including May 21, 2008. Plaintiff has filed a motion for preliminary injunction [doc. 6]. The Defendant is ordered to file a response to the Motion by May 13, 2008, and the plaintiff is to reply by May 19, 2008.

    The Plaintiff's motion for preliminary injunction shall come on for hearing on **May 21, 2008 at 2:00 p.m. in Courtroom 3**

  It is so ordered.               Signed: May 7, 2008

Graham C. Mullen
United States District Judge