IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-cv-00208

| | | |
|---|---|---|
| TECHNOLOGY PARTNERS, INC., | ) | |
| A North Carolina Corporation, | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER ALLOWING |
| | ) | MOTION TO FILE |
| | ) | DOCUMENTS UNDER SEAL |
| BRIAN HART, | ) | |
|     Defendant. | ) | |
| | ) | |

THIS MATTER CAME ON BEFORE THE COURT upon Plaintiff's "Motion To File Documents Under Seal" filed May 7, 2008.

Having carefully considered the motion and the record, and for good cause shown and in accordance with Local Rule 6.1 and N.C.G.S. §66-156, the undersigned will grant the motion and will allow the submission of the Confidential Private Offering Memorandum and the Asset Purchase Agreement, which contain confidential and proprietary information, to be filed under seal and permanently restricted from public access, and will further order that access to the Confidential Private Offering Memorandum be limited to Defendant's counsel on an "attorney's eyes only" basis.

IT IS, THEREFORE, ORDERED that Plaintiff's "Motion To File Documents Under Seal" is GRANTED.

Signed: May 8, 2008

Graham C. Mullen
United States District Judge