IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-cv-00208

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC., ) <br> A North Carolina Corporation, ) <br>     Plaintiff, ) <br> ) <br> ) <br> ) <br> BRIAN HART, ) <br>     Defendant. ) <br> ) | ORDER ALLOWING <br> MOTION TO FILE <br> DOCUMENTS UNDER SEAL |

THIS MATTER CAME ON BEFORE THE COURT upon Plaintiff's "Motion To File Documents Under Seal" filed May 19, 2008.

Having carefully considered the motion and the record, and for good cause shown and in accordance with Local Rule 6.1 and N.C.G.S. §66-156, the undersigned will grant the motion and will allow the submission of the affidavits of Charles Kauffman and Sam Khashman and Plaintiff's Reply Brief, which plaintiff asserts contain confidential and proprietary information, to be filed under seal and permanently restricted from public access.

The Court notes, however, that granting this motion is merely a protective measure based on the claims asserted by the Plaintiff and not an affirmation of the veracity of those claims. Further defense counsel shall have free and unfettered access to and use of said affidavits.

IT IS, THEREFORE, ORDERED that Plaintiff's "Motion To File Documents Under Seal" is GRANTED.

Signed: May 21, 2008

Graham C. Mullen
United States District Judge