IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-cv-00208

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC., ) <br> A North Carolina Corporation, ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> BRIAN HART, ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court upon Plaintiff's "Motion for a Preliminary Injunction." (Document #6).

For the reasons expressed in open court, Plaintiff's Motion is DENIED.

The parties are hereby ordered to hold their initial attorneys conference within the next two weeks, and shortly thereafter, report back to the Court.

IT IS SO ORDERED.

Signed: May 21, 2008

Graham C. Mullen
United States District Judge