IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-208-GCM**

| | | |
|---|---|---|
| TECHNOLOGY PARTNERS, INC., <br> A North Carolina Corporation, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | ORDER |
| v. | ) <br> ) | |
| BRIAN HART, | ) | |
| Defendant. | | |

THIS MATTER IS BEFORE THE COURT on its own motion. In the Pretrial Order and Case Management Plan entered on July 17, 2008 [see doc. 56], a clerical error was made which set the motions date prior to the discovery deadline. Therefore, IT IS ORDERED, that the motions date be corrected to reflect **May 30, 2009,** as the Motions Deadline.

So ordered.

Signed: February 17, 2009

Graham C. Mullen
United States District Judge