UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-cv-00208

| | |
|---|---|
| TECHNOLOGY PARTNERS, INC.,<br><br>    Plaintiff,<br><br>        vs.<br><br>BRIAN HART,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Joint Motion for Stay of Proceedings by Plaintiff, Technology Partners, Inc., and Defendant, Brian Hart. Having considered the parties' Motion and reviewed the record in this matter, the Court concludes there is good cause for the Motion and therefore the Motion should be granted.

**IT IS THEREFORE ORDERED** that:

1. The parties' Joint Motion for Stay of Proceedings is **GRANTED**; and

2. The proceedings in this action are STAYED until May 22, 2009; and

3. Following the expiration of the stay, the following deadlines are extended:

    a. Defendant's expert report: June 17, 2009

    b. Plaintiff's rebuttal expert report: July 8, 2009

    c. Defendant's rebuttal expert report: July 29, 2009

    d. Completion of discovery: September 1, 2009

    e. Filing of dispositive motions: October 1, 2009

        f.        Trial to be scheduled after January 18, 2010.

It is so ordered.

        Signed: April 23, 2009

Graham C. Mullen
United States District Judge